# Court of Appeals
# of the State of Georgia

ATLANTA,  January 17, 2024

*The Court of Appeals hereby passes the following order:*

## A24A0688. ELIZABETH KAISER et al v. JOSEPH BARTON ADAMS.

This case began as a dispossessory action which Joseph Adams filed in magistrate court against Elizabeth Kaiser and Brady Prauser (the "tenants"). After an adverse ruling, the tenants appealed to the superior court. The superior court also ruled in favor of Adams, and the tenants then filed this timely direct appeal. This Court, however, lacks jurisdiction.

Appeals from superior court decisions reviewing lower court decisions by certiorari or de novo proceedings must be initiated by filing an application for discretionary appeal. OCGA § 5-6-35 (a) (1), (b); *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Accordingly, the tenants' failure to follow the proper procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  01/17/2024

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*